UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| June Hennessey, | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:06-cv-16 |
| Target Stores, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to a request from Plaintiff's counsel, which Defendant does not oppose, the August 4, 2006 settlement conference is postponed, to be rescheduled at a later date.

Dated this 4th day of August, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge